**Order entered March 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00165-CV

### IN THE INTEREST OF C.J.B., A CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30017-2018**

## ORDER

Before the Court is appellant's March 6, 2019 motion to extend time to file her opening brief. Because this is an accelerated appeal in a parental termination case, we **GRANT** the motion to the extent we **ORDER** appellant's opening brief filed no later than April 1, 2019. We caution appellant that further extension requests will be disfavored.

/s/      BILL WHITEHILL
JUSTICE